# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:16CR241 |
| v. | |
| SARKIS LABACHYAN, | JUDGMENT |
| Defendant. | |

In accordance with the Memorandum and Order entered today (Filing No. 228), Sarkis Labachyan's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing No. 211) is denied.

Dated this 17th day of August 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge